

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1   LISA BARNES,

        Defendant.

_____/

Case: 2:12-cr-20280
Judge: Friedman, Bernard A.
MJ: Randon, Mark A.
Filed: 05-01-2012 At 03:45 PM
INFO USA V LISA BARNES (LG)

Vio.   29 U.S.C. §439(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

**(29 U.S.C. §439(c) - Falsification of Union Financial Records)**

LISA BARNES

1.    At all times material to this Information, the Plasterers & Cement Masons Union (PCMU), Local 514, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2.    From on or about June 1, 2007, to on or about July 2, 2007, in the Eastern District of Michigan, Southern Division, LISA BARNES, while the Bookkeeper of PCMU, Local 514, Madison Heights, Michigan, did willfully make false entries in records and statements required to be maintained by Section 436 of Title 29, United States Code, that is, daily deposit slips

representing daily receipts of union dues, said daily deposit slips comprising records and statements on matters required to be reported in the annual financial report of PCMU, Local 514, required to be filed with the Secretary of Labor.

All in violation of Title 29, United States Code, Section 439(c).

BARBARA L. McQUADE
United States Attorney


s/KEVIN MULCAHY
Chief, General Crimes Unit


s/MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9579
michael.mueller@usdoj.gov
P18049

Dated: 5/1/12

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

**Reassignment/Recusal Information** This matter was opened

Case: 2:12-cr-20280
Judge: Friedman, Bernard A.
MJ: Randon, Mark A.
Filed: 05-01-2012 At 03:45 PM
INFO USA V LISA BARNES (LG)

**Companion Case Information**

| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: N/A |
|---|---|
| ☐ Yes  ■ No | AUSA's Initials: _____ |

**Case Title:** USA v. LISA BARNES

**County where offense occurred:** Oakland

**Check One:**   ☐ Felony   ■ Misdemeanor   ☐ Petty

_____ Indictment/ ✓ Information --- **no prior complaint.**
_____ Indictment/_____ Information --- based upon prior complaint [Case number: _____]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below].*

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 1, 2012
Date

MICHAEL R. MUELLER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9579
Fax: (313) 226-2621
E-Mail address: michael.mueller@usdoj.gov
Attorney Bar #: P18049

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09